

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2014

No. 04-14-00567-CV

**EX PARTE** Tad Dana **PERRY**

Original Habeas Corpus Proceeding[1]

### ORDER

On August 8, 2014, relator filed a petition for writ of habeas corpus. The court has considered relator's petition and the record submitted to this court and is of the opinion that the requested relief should be granted in part. Accordingly, the petition for writ of habeas corpus is GRANTED IN PART. *See* TEX. R. APP. P. 52.8(c). The Order Committing Respondent to the Medina County Jail rendered by the County Court at Law, Medina County, Texas on July 28, 2014 in Cause No. 07-06-4710-CCL, styled *In the Interest of T.S.P., A Child* is modified as follows:

> The provision on page 4 of 5, "IT IS FURTHER ORDERED that Respondent not be given good conduct time credit for time spent in the county jail" is STRICKEN.

All other relief requested in relator's petition for writ of habeas corpus is DENIED.

It is so **ORDERED** on September 3, 2014.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2014.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 07-06-4710-CCL, styled *In the Interest of T.S.P., A Child*, pending in the County Court at Law, Medina County, Texas, the Honorable Vivian Torres presiding.